NOT FOR PUBLICATION

JUL 26 2013

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY D. SCHWIRSE, | No. 11-73172 |
| Petitioner, | BRB No. 11-0119 |
| v. | |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAM; et al., | ORDER |
| Respondents. | |

Before: SILVERMAN, CLIFTON, and N.R. SMITH, Circuit Judges.

The mandate issued December 18, 2012 is vacated. The Memorandum

Disposition filed on October 23, 2012, and appearing at 496 F. App'x 734 (9th Cir.

2012), is vacated concurrently with the filing of the Opinion. With the filing of the

Opinion, the requests for publication are GRANTED.